**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02123-AP

LISA R. CHAPO,

       Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Plaintiff.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.   APPEARANCES OF COUNSEL**

                        For Plaintiff:

                        Michael W. Seckar, Esq.
                        402 W. 12th Street
                        Pueblo, CO 81003
                        719-543-8636
                        seckarlaw@mindspring.com

                        For Defendant:

                        JOHN F. WALSH
                        United States Attorney

                        KEVIN TRASKOS
                        Assistant United States Attorney
                        Chief, Civil Division
                        United States Attorney's Office
                        District of Colorado
                        Kevin.Traskos@usdoj.gov

                        Debra J. Meachum
                        Special Assistant United States Attorney
                        1961 Stout Street, Suite 1001A
                        Denver, Colorado  80294
                        Telephone:  (303) 844-1570
                        debra.meachum@ssa.gov

                        Attorneys for Defendant

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

A.  Date Complaint Was Filed: **8/31/10.**
B.  Date Complaint Was Served on U.S. Attorney's Office: **9/30/10.**
C.  Date Answer and Administrative Record Were Filed**: 11/29/10.**

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**7.    OTHER MATTERS**

The parties have no other matters to bring to the attention of the court.

**8.    BRIEFING SCHEDULE**
Because of workload and schedules, counsel for both parties request that briefing commence later than 40 days after filing this JCMP

A.  Plaintiff's Opening Brief Due**:       2/8/11.**
B.  Defendant's Response Brief Due**:     3/10/11.**
C.  Plaintiff's Reply Brief (If Any) Due**:   3/25/11.**

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

A.    Plaintiff's Statement:  Plaintiff does not request oral argument.
B.    Defendant's Statement: Defendant does not request oral argument**.**

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A.    ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
B.    (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this 20th day of December, 2010.

BY THE COURT:

<u>*s/John L. Kane*</u>
U.S. DISTRICT COURT JUDGE

APPROVED:

**For Plaintiff:**

**s/Michael W. Seckar**
Michael W.Seckar, Esq.
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
seckarlaw@mindspring.com

**For Defendant:**

JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

**s/Debra J. Meachum**
By: Debra J. Meachum
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, Ste. 1001A
Denver, Colorado 80294
(303) 454-1570
debra.meachum@ssa.gov