# MEMORANDUM

**DATE:**        October 3, 2011

**TO:**          File 10-cv-02123-PAB

**FROM:**        Judge Brimmer

**CASE NAME:**   Chapo v. Astrue

Plaintiff may proceed in forma pauperis on appeal.