IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-02123-PAB

LISA R. CHAPO,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

    Defendant.

## ORDER

It is **ORDERED** that this matter is remanded to the Administrative Law Judge for further proceedings consistent with the opinion of the United States Court of Appeals for the Tenth Circuit entered June 26, 2012 in Case No. 11-1455 [Docket No. 28].

DATED June 26, 2012.

                                              BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge